**MOORE v. MOORE**

[334 N.C. 684 (1993)]

WILLIAM R. MOORE v. BETTY EVANS MOORE

No. 99A93

(Filed 8 October 1993)

On writ of certiorari to review an opinion of the Court of Appeals, 108 N.C. App. 656, 424 S.E.2d 673 (1993), affirming partial summary judgment in favor of the defendant, entered by Vaden, J., in the District Court, Alamance County, on 14 May 1991. Heard in the Supreme Court on 15 September 1993.

*Tuggle Duggins & Meschan, P.A., by Carolyn J. Woodruff, for the plaintiff-appellant.*

*Wishart, Norris, Henninger & Pittman, P.A., by June K. Allison and G. Wayne Abernathy, for the defendant-appellee.*

PER CURIAM.

Affirmed.